SEIVERT, ADMX., *v.* MORRISON ET AL.; DEOREO, APPELLANT.

[Cite as *Seivert v. Morrison* (1992), 63 Ohio St.3d 1207.]

1208

(No. 91–767—Submitted February 25, 1992—Decided April 8, 1992.)

*Turner & May, Michael A. Partlow* and *Lawrence Turner*, for appellant.

This cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur. WRIGHT, J., dissents and would affirm the judgment of the court of appeals.